# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROYAL GLOBE INSURANCE COMPANIES, USF & G CORPORATION and Does 1 through 50, inclusive.<br><br>defendants. | CASE NO.: CV-09-0379 (CW)<br><br>**STIPULATION AND ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE**<br><br>Complaint Filed: January 27, 2009 |

Plaintiff United States Fire Insurance Company ("U.S. Fire") and defendants Arrowood Indemnity Company f/k/a Royal Indemnity Company, as successor by merger to Royal Insurance Company of America, formerly known as Royal Globe Insurance Company, incorrectly sued herein as Royal Globe Insurance Companies ("Arrowood"), and United States Fidelity and Guaranty Company incorrectly sued herein as USF & G Corporation ("USF & G"), by and through undersigned counsel, hereby stipulate as follows:

WHEREAS, U.S. Fire filed the above-captioned action seeking declaratory relief and contribution on January 27, 2009;

WHEREAS, on Friday, July 10, 2009, defendant Arrowood appeared in this action by filing an answer in response to U.S. Fire's complaint, in which it alleged that the Court lacked subject matter jurisdiction due to lack of diversity between Arrowood -- a Delaware corporation -- and U.S. Fire, which is also a Delaware corporation;

WHEREAS, on Wednesday, July 15, 2009, defendant USF & G appeared in this action by

1 filing a motion to dismiss U.S. Fire's complaint on information and belief that the Court lacked

2 subject matter jurisdiction due to Arrowood's citizenship in Delaware;

3     WHEREAS, on Wednesday, July 22, 2009, defendant Arrowood filed a motion re:

4 suggestion of lack of subject matter jurisdiction, providing evidence with that motion

5 demonstrating that Royal Indemnity Company and Royal Globe Insurance Company (the entities

6 that issued the policy(ies) at issue in this litigation) were subsequently merged, in various

7 transactions, into a Delaware entity and, thus, for purposes of diversity jurisdiction, the insurer

8 being sued is a citizen of Delaware; and

9     WHEREAS, based upon this evidence, U.S. Fire agrees to voluntarily dismiss this action

10 without prejudice.

11     ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between the

12 parties to this action, through their respective undersigned attorneys, that this action and each of

13 the claims in it are dismissed without prejudice pursuant to Federal Rule of Civil Procedure

14 41(a)(1)(A)(ii), each party to bear its own attorneys' fees and costs and no application therefore to

15 be made.

16 **IT IS SO STIPULATED.**

17 Dated: August 18, 2009   SQUIRE, SANDERS & DEMPSEY L.L.P.

18

19 By: */s/ Amy E. Rose*
    Amy E. Rose

20 Attorneys for Plaintiff
21 UNITED STATES FIRE INSURANCE COMPANY

22 Dated: August 18, 2009   SEDGWICK, DETERT, MORAN & ARNOLD LLP

23

24 By: */s/ Bruce D. Celebrezze*
    Bruce D. Celebrezze

25 Attorneys for Defendant
26
27 ARROWOOD INDEMNITY COMPANY, f/k/a ROYAL INDEMNITY COMPANY, AS SUCCESSOR BY MERGER TO ROYAL
28 INSURANCE COMPANY OF AMERICA,

|   |   |
|---|---|
| 1 | f/k/a ROYAL GLOBE INSURANCE COMPANY (INCORRECTLY SUED AS ROYAL GLOBE INSURANCE COMPANIES) |
| 2 | |

Dated: August 18, 2009                    BOWLES & VERNA LLP

By:       */s/ Robert I Westerfield*
                Robert I. Westerfield

Attorneys for Defendant
UNITED STATES FIDELITY AND
GUARANTY COMPANY

**IT IS SO ORDERED.**

**8/24/09**
Dated: _____               _____
                                     UNITED STATES DISTRICT JUDGE